IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTHONY KING, JR. | § | |
| VS. | § | CIVIL ACTION NO. 5:16cv131 |
| WARDEN YOUNG | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Anthony King, Jr., an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the Respondent's motion to dismiss should be granted, stating that the petition is moot because the Bureau of Prisons, after the filing of this petition, awarded more time credits than sought by King in the petition. (Docket No. 7 at 2). Accordingly, the Magistrate Judge also recommends the above-styled petition should be dismissed. *Id*.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

The Magistrate Judge's Report and Recommendation was mailed to the address Petitioner provided the Court but was returned as undeliverable due to Petitioner being released. Docket No. 9. Additionally, a copy of the Report and Recommendation was mailed to the address Petitioner provided to prison officials upon his release, but the copy of the Report was also returned to the Court undelievered. Docket No. 10. Petitioner is a pro se litigant, and under Local Rules of the

Eastern District of Texas, pro se litigants must provide the Court with a physical address and are "responsible for keeping the clerk advised in writing of the current physical address." Local RuleCV-11(d). To date, Petitioner has not updated his address with the Court or filed objections to the Report.

Because Petitioner did not file objections to the Report and Recommendation, this Court reviews the Magistrate Judge's findings of fact and conclusions of law for clear error. *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988). This Court agrees with the Magistrate Judge that the petition is moot and should be dismissed. Accordingly, the Court hereby **ADOPTS** the Report of the United States Magistrate Judge as that of this Court. It is hereby **ORDERED** that this petition is **DISMISSED**.

**SIGNED this 18th day of July, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE